No. 94–2101. SALINAS v. TEXAS. Ct. App. Tex., 13th Dist. Certiorari denied.

No. 94–2105. ADAMSON ET AL. v. ARMCO, INC. C. A. 8th Cir. Certiorari denied.

No. 94–2106. MAYNARD v. NORFOLK & WESTERN RAILWAY CO. C. A. 4th Cir. Certiorari denied.

No. 94–2108. STURGIS v. LOGAN ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–2109. MACLEOD v. BROCCOLETTI ET AL. Sup. Ct. Va. Certiorari denied.

No. 94–2110. HOMMERDING v. TRAVELERS INSURANCE CO. ET AL. Ct. App. Minn. Certiorari denied.

No. 94–2112. DEL ORO HILLS v. CITY OF OCEANSIDE. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 94–2113. TRANSPORTATION INSURANCE BROKERS, INC. v. D. W. FERGUSON & ASSOCIATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–2114. SEGAL v. FLORIDA BAR. Sup. Ct. Fla. Certiorari denied.

No. 94–2116. LANDSCAPE PROPERTIES, INC. v. VOGEL ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–2118. CONKLIN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–2119. FOREHAND v. ARKANSAS. Ct. App. Ark. Certiorari denied.

No. 94–2120. CANNON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–2121. CUMMINGS v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 94–2122. JARREAU v. PORT ARTHUR TOWING CO. ET AL. C. A. 5th Cir. Certiorari denied.